# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Tiffannye Haynes

*Plaintiff*

v.

Carolyn W Colvin

*Defendant*

Civil Action No. 1:15-cv-03068-FVS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 13) is denied.
Plaintifff's Motion for Summary Judgment (ECF No. 19) is granted.
ALJ's decision of 6/26/13 (TR 39) and Appeals Council's decision of 3/17/16 (TR 6) are reversed.
Case is remanded with instructions to to award disability benefits.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Fred Van Sickle on cross motions for Summary Judgment, defendant's (ECF No. 13) is denied, and the plaintiff's (ECF No. 19) is granted.

Date: 12/12/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler